# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KISSIMMEE MOTORSPORTS, INC.,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　Case No:　6:19-cv-166-Orl-22TBS

**POLARIS SALES, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on Defendant Polaris Sales, Inc.'s Motion to Compel Arbitration and to Stay Action (Doc. No. 27) filed on April 26, 2019.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed May 16, 2019 (Doc. No. 37), is ADOPTED and CONFIRMED and made a part of this Order.

2.　　The Defendant Polaris Sales, Inc.'s Motion to Compel Arbitration and to Stay Action is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2019.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record